AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

　　　　　　　　　　　DISTRICT OF   Massachusetts

UNITED STATES OF AMERICA

V.

Edemilson De Almeida
aka Leonardo Velozo Protos
aka Robson DeSousa

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1739-05

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about   June 1, 2005   in   Middlesex   county, in the District of   Massachusetts   defendant(s) did, (Track Statutory Language of Offense)

utter, use, attempt to use, possess, obtain, accept and receive immigrant and nonimmigrant visas and other documents prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, knowing such documents to be forged, counterfeited, altered, and falsely made, or to have been procured by means of any false claim and statement, or to have been otherwise procured by fraud or unlawfully obtained

in violation of Title   18   United States Code, Section(s)   1546(a)

I further state that I am a(n)   DSS Special Agent   and that this complaint is based on the following
　　　　　　　　　　　　　　　　Official Title

facts:

Please see attached affidavit.

Continued on the attached sheet and made a part hereof:   | | Yes   | | No

*Signature of Complainant*

Christopher Brandt

Sworn to before me and subscribed in my presence,

08-05-2005                           at                Worcester, Massachusetts
Date                                                              City and State

Charles B. Swartwood, III
Chief U.S. Magistrate Judge
Name & Title of Judicial Officer                              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.