*105 4444/*
*0538-0811-0002-J*

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## DISTRICT OF

UNITED STATES OF AMERICA

V.

Edemilson De Almeida
aka Leonardo Velozo Protos aka Robson DeSousa

**WARRANT FOR ARREST**

CASE NUMBER: *05-1739-CBS*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Edemilson De Almeida aka Leonardo Velozo Protos aka Robson DeSousa
                                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| Indictment | Information | Complaint | Order of court | Violation Notice | Probation Violation Petition |

charging him or her with (brief description of offense)
uttering, using, attempting to use, possessing, obtaining, accepting and receiving immigrant and nonimmigrant visas and other documents prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, knowing such documents to be forged, counterfeited, altered, and falsely made, or to have been procured by means of any false claim and statement, or to have been otherwise procured by fraud or unlawfully obtained

in violation of
Title                    18                  United States Code, Section(s)   1546(a)

Charles B. Swartwood, III
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Chief U.S. Magistrate Judge
Title of Issuing Officer

08-05-2005
Date and Location

Bail fixed at $                              by
                                                              Name of Judicial Officer

**RETURN**

*WARRANT EXECUTED BY DOS Agents*
*BY ARREST/ARRAIGNMENT OF THE 8-11-2005*
This warrant was received and executed with the arrest of the above-named defendant at
*DEFENDANT ON*

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |

DATE OF ARREST

This form was electronically produced by Elite Federal Forms, Inc.